Alan Nisselson, Trustee
Windels Marx Lane & Mittendorf
156 West 56th St.
New York, NY 10019
(212) 237-1000
   Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: ACAPULCO GOLD, LLC    § Case No. 1-18-40020-CEC
                              §
                              §
Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Alan Nisselson, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $75,000.00    Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,309.21    Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $5,407.76

3) Total gross receipts of $ 21,716.97 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,716.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,407.76 | 5,407.76 | 5,407.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 7.03 | 7.03 | 7.03 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 204,115.01 | 24,089.85 | 24,089.85 | 16,302.18 |
| **TOTAL DISBURSEMENTS** | $204,115.01 | $29,504.64 | $29,504.64 | $21,716.97 |

4) This case was originally filed under Chapter 7 on January 03, 2018. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/25/2019           By: /s/Alan Nisselson, Trustee
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| collection of a/r | 1121-000 | 498.60 |
| Business Checking Account at JP Morgan Chase | 1129-000 | 18,981.37 |
| Accounts Receivable | 1110-000 | 2,237.00 |
| **TOTAL GROSS RECEIPTS** | | **$21,716.97** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Alan Nisselson, Trustee | 2100-000 | N/A | 2,921.70 | 2,921.70 | 2,921.70 |
| Trustee Expenses - Alan Nisselson, Trustee | 2200-000 | N/A | 72.00 | 72.00 | 72.00 |
| Other - Joseph A. Broderick, P.C. | 3410-000 | N/A | 2,145.00 | 2,145.00 | 2,145.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.56 | 18.56 | 18.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.20 | 26.20 | 26.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.96 | 28.96 | 28.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.06 | 28.06 | 28.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.56 | 32.56 | 32.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.57 | 28.57 | 28.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.73 | 31.73 | 31.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.98 | 31.98 | 31.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 16.48 | 16.48 | 16.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.41 | 19.41 | 19.41 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 6.55 | 6.55 | 6.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,407.76 | $5,407.76 | $5,407.76 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P-2 | New York State Department of Taxation & Finance | 5800-000 | N/A | 7.03 | 7.03 | 7.03 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $7.03 | $7.03 | $7.03 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Consolidated Edison Company of NY, Inc. | 7100-000 | 202.11 | 70.59 | 70.59 | 47.77 |
| 2U-2 | New York State Department of Taxation & Finance | 7100-000 | N/A | 1,000.00 | 1,000.00 | 676.72 |
| 3 | American Express National Bank | 7100-000 | 22,360.92 | 23,019.26 | 23,019.26 | 15,577.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | MasterCard | 7100-000 | 44,583.00 | N/A | N/A | 0.00 |
| NOTFILED | SBA | 7100-000 | 660.00 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 995.54 | N/A | N/A | 0.00 |
| NOTFILED | Visa | 7100-000 | 23,059.59 | N/A | N/A | 0.00 |
| NOTFILED | Credit Line | 7100-000 | 52,854.74 | N/A | N/A | 0.00 |
| NOTFILED | Time Warner Cable | 7100-000 | 174.64 | N/A | N/A | 0.00 |
| NOTFILED | Barbarian Sportswear | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex Green | 7100-000 | 52,711.13 | N/A | N/A | 0.00 |
| NOTFILED | Bravado International Gp. c/o KENNETH FEINSWOG, ESQ | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bill Horner, Esq | 7100-000 | 4,013.34 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $204,115.01 | $24,089.85 | $24,089.85 | $16,302.18 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-18-40020-CEC  
**Case Name:** ACAPULCO GOLD, LLC  

**Period Ending:** 07/25/19

**Trustee:** (521091) Alan Nisselson, Trustee  
**Filed (f) or Converted (c):** 01/03/18 (f)  
**§341(a) Meeting Date:** 02/07/18  
**Claims Bar Date:** 05/14/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business Checking Account at JP Morgan Chase | 18,694.80 | 18,694.80 | | 18,981.37 | FA |
| 2 | Accounts Receivable | 15,701.60 | 15,701.60 | | 2,237.00 | FA |
| 3 | Intellectual Property | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Office equipment and furniture | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 5 | Inventory | 65,000.00 | 65,000.00 | | 0.00 | FA |
| 5 | **Assets Totals** (Excluding unknown values) | **$109,396.40** | **$109,396.40** | | **$21,218.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2020    **Current Projected Date Of Final Report (TFR):** April 29, 2019 (Actual)

Printed: 07/25/2019 10:24 AM    V.14.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 1-18-40020-CEC  
**Case Name:** ACAPULCO GOLD, LLC

**Taxpayer ID #:** **-***0933  
**Period Ending:** 07/25/19

**Trustee:** Alan Nisselson, Trustee (521091)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5366 - Checking Account  
**Blanket Bond:** $69,289,805.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/18 | {1} | Acapulco Gold LLC | Turnover of Debtor's Bank Balance | 1129-000 | 18,386.37 | | 18,386.37 |
| 01/26/18 | {1} | Apacapulco Gold | Turnover of Remaining Bank Balance | 1129-000 | 595.00 | | 18,981.37 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.56 | 18,962.81 |
| 02/09/18 | {2} | Moda3 LLC | A/R payment | 1121-000 | 795.00 | | 19,757.81 |
| 02/20/18 | {2} | Oneness | A/R Payment | 1121-000 | 410.00 | | 20,167.81 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.20 | 20,141.61 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.96 | 20,112.65 |
| 04/24/18 | | 1 Sarah | collection of a/r | 1121-000 | 498.60 | | 20,611.25 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.06 | 20,583.19 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.56 | 20,550.63 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.57 | 20,522.06 |
| 07/24/18 | {2} | Agustin F. Galan | Balance in Gold LLC's Paypal Account | 1110-000 | 1,032.00 | | 21,554.06 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.73 | 21,522.33 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.98 | 21,490.35 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.48 | 21,473.87 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.41 | 21,454.46 |
| 01/03/19 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2019 FOR CASE #118-40020, Bond # 016027942; 1/1/2019 to 1/1/2020 | 2300-000 | | 6.55 | 21,447.91 |
| 06/12/19 | | Transition Transfer Debit | | 9999-000 | | 21,447.91 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **21,716.97** | **21,716.97** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 21,447.91 | |
| | | | **Subtotal** | | **21,716.97** | **269.06** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,716.97** | **$269.06** | |

{} Asset reference(s)                                                          Printed: 07/25/2019 10:24 AM     V.14.56

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-18-40020-CEC  
**Case Name:** ACAPULCO GOLD, LLC  

**Taxpayer ID #:** **-***0933  
**Period Ending:** 07/25/19  

**Trustee:** Alan Nisselson, Trustee (521091)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******2932 - Checking Account  
**Blanket Bond:** $69,289,805.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/19 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 21,447.91 | | 21,447.91 |
| 07/02/19 | 10102 | Alan Nisselson, Trustee | Dividend paid 100.00% on $2,921.70, Trustee Compensation; Reference: | 2100-000 | | 2,921.70 | 18,526.21 |
| 07/02/19 | 10103 | Alan Nisselson, Trustee | Dividend paid 100.00% on $72.00, Trustee Expenses; Reference: | 2200-000 | | 72.00 | 18,454.21 |
| 07/02/19 | 10104 | Joseph A. Broderick, P.C. | Dividend paid 100.00% on $2,145.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,145.00 | 16,309.21 |
| 07/02/19 | 10105 | New York State Department of Taxation & Finance | Distribution for 2P-2. | 5800-000 | | 7.03 | 16,302.18 |
| 07/02/19 | 10106 | Consolidated Edison Company of NY, Inc. | Distribution for 1. | 7100-000 | | 47.77 | 16,254.41 |
| 07/02/19 | 10107 | New York State Department of Taxation & Finance | Distribution for 2U-2. | 7100-000 | | 676.72 | 15,577.69 |
| 07/02/19 | 10108 | American Express National Bank | Distribution for 3. | 7100-000 | | 15,577.69 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **21,447.91** | **21,447.91** | **$0.00** |
| | | | Less: Bank Transfers | | 21,447.91 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **21,447.91** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$21,447.91** | |

Net Receipts :  21,716.97  
Net Estate :  $21,716.97  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******5366 | 21,716.97 | 269.06 | 0.00 |
| Checking # ******2932 | 0.00 | 21,447.91 | 0.00 |
| | $21,716.97 | $21,716.97 | $0.00 |

{} Asset reference(s)    Printed: 07/25/2019 10:24 AM    V.14.56